UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80038-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**AVELINO GOMEZ-URIETA**,
a/k/a "Avelino Gomez"

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 21]. On August 4, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to the sole charge in the Information [ECF No. 10]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation [ECF No. 21]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Avelino Gomez-Urieta (a/k/a Avelino Gomez) as to the sole offense in the Information is **ACCEPTED**;

3. Defendant Avelino Gomez-Urieta is adjudicated guilty of the sole offense in the Information, which charges Defendant with illegal reentry of a deported alien in violation of 8 U.S.C. § 1326(a) and (b)(2) [ECF No. 10].

CASE NO. 21-80038-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of September 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record